**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **Mark Purcell FELDER,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-402 (MTT) |
| **SHERIFF Van PEAVY, *et. al*,** | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the Court on the Recommendation to Deny (the "Recommendation") (Doc. 16) of United States Magistrate Judge Charles H. Weigle. The Plaintiff seeks access to a law library and legal materials. The Magistrate Judge, construing the Plaintiff's Motion to Compel (the "Motion") (Doc. 10) as a motion for injunctive relief, recommends denying the Motion because the officials at the Houston County Detention Center are not a party to the action. Further, the Magistrate Judge reasons that the Plaintiff failed to demonstrate actual injury because he has been able to file this lawsuit and several motions. The Plaintiff did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the Order of this Court. The Motion is **DENIED**.

**SO ORDERED**, this the 19th day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT