## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **MARK PURCELL FELDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. 5:10-CV-402 (MTT)** |
| | ) | |
| **JASON LAMBERTH,** *et. al*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### ORDER

This case is before the Court on the Recommendation (Doc. 87) of United States Magistrate Judge Charles H. Weigle on Defendant Debbie Futch's Motion for Summary Judgment (Doc. 75). The Magistrate Judge recommends granting the Defendant's Motion because the Plaintiff failed to create a genuine issue of material fact with regard to his claims against the Defendant. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Therefore, Defendant Debbie Futch's Motion for Summary Judgment (Doc. 75) is **GRANTED**, and Defendant Debbie Futch is **DISMISSED** as a party to this action. The claims against the remaining Defendants shall remain pending.

**SO ORDERED**, this the 23rd day of August, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT