IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **MARK PURCELL FELDER,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-402 (MTT) |
| **JASON LAMBERTH,** *et. al*, | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on pro se Plaintiff Mark Purcell Felder's Motion for Subpoena Duces Tecum (Doc. 82). In his Motion, Felder requests six copies of subpoena duces tecum forms in order to have certain documents in the possession of the Defendants or their agents produced at trial. Felder states that he was unable to obtain these documents during discovery. Felder's request is deficient in several regards. First, Felder has not identified the specific individuals he wishes to subpoena. Second, Felder has not identified the specific documents he wishes to have produced. Accordingly, the Motion for Subpoena Duces Tecum is **DENIED**.

**SO ORDERED**, this the 7th day of September, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT